UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IPSOS MMA, INC.,<br><br>                                  Plaintiff,<br>          -v-<br>JOHN DOE,<br><br>                                 Defendant. | 21 Civ. 8929 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Clerk of the Court is hereby directed to unseal this case. **All of the filings and orders heretofore filed under seal and transcripts in this case should remain under seal.** Plaintiff is directed to forthwith submit redacted versions of the filings, including the Complaint, on the docket of the case. Plaintiff is also directed to file, under seal, redacted versions of the case conference transcripts, which will be unsealed at a later date. The Court has reviewed and approved these redactions as necessary, and not greater than necessary, to respect legitimate privacy interests.

On November 18, 2021, the Court granted a motion made by defendant to proceed under a pseudonym, for the reasons stated on the record. The Clerk of the Court is therefore respectfully directed to add **plaintiff Ipsos MMA, Inc.** and **defendant John Doe** to the parties of this case.

SO ORDERED.

_____
Paul A. Engelmayer
United States District Judge

Dated: November 23, 2021
        New York, New York