UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IPSOS MMA, INC.,

                              Plaintiff,

-v-

JOHN DOE,

                              Defendant.

21 Civ. 8929 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

At today's conference, the Court discussed with the parties the status of the case, the potential for settlement, and the continuing need for a temporary restraining order.

For the reasons set out during the conference, the temporary restraining order is hereby extended, on consent, until **January 4, 2022** at **5 p.m.** The Court sets this matter for a hearing at 4:30 p.m. on January 4, 2022. Unless a party requests otherwise, this conference will be telephonic. The parties should dial 888-363-4749 and enter conference code 468-4906.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: December 2, 2021
       New York, New York