UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IPSOS MMA, INC.,

                              Plaintiff,                      21 Civ. 8929 (PAE)

              -v-

                                                            ORDER OF
JOHN DOE,                                                 DISCONTINUANCE

                              Defendant.

---

PAUL A. ENGELMAYER, District Judge:

      The Court having been advised that all claims have been settled in principle, Dkt. 26, it is ORDERED that the above-entitled action is hereby dismissed and discontinued without costs, and without prejudice to plaintiff's right to reopen the action within 30 days of the date of this Order if the settlement is not consummated. The conference on January 4, 2022 is hereby adjourned *sine die*.

      To be clear, any application to reopen must be filed within 30 days of this Order; any application to reopen filed thereafter may be denied solely on that basis. Further, if the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the same 30-day period to be "so ordered" by the Court. Per Paragraph 4(C) of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

      Counsel are advised that if the parties prove unable to finalize the terms of their settlement within 30 days and thereby file a timely motion to reopen, defendant's answer will be due January 31, 2022.

The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: December 29, 2021
       New York, New York